1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL A. CABOTAJE, CSBN 197086
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8957
       Facsimile: (415) 744-0134
7      E-Mail: michael.cabotaje@ssa.gov

8  Attorneys for Defendant

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12

13  DINA R. HARVEY,                    )
                                        )   CIVIL NO. 4:09-CV-02038-CW
14        Plaintiff,                    )
                                        )   STIPULATION AND ~~PROPOSED~~ ORDER
15        v.                            )   TO EXTEND TIME TO FILE
                                        )
16  MICHAEL J. ASTRUE,                  )
    Commissioner of                     )
17  Social Security,                    )
                                        )
18        Defendant.                    )
    _____)

19

20        The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

21  Motion for Summary Judgment (Doc. # 15) be extended from December 11, 2009, to January 10, 2010.

22        This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

23  Defendant needs the additional time to further review the file and prepare a response in this matter as,

24  due to workloads, this case was recently assigned to a new attorney.

25  ///

26  ///

27  ///

28  ///

Respectfully submitted,

Dated: December 8, 2009

*/s/ Ian M. Sammis*
(As authorized via fax)
IAN M. SAMMIS
Attorney for Plaintiff

Dated: December 11, 2009

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 12/21/09

_____
THE HONORABLE CLAUDIA WILKEN
United States Judge

2